UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA VERONICA CARRANZA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:23-cv-00816-DAD-KJN<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 3) |

Plaintiff Claudia Veronica Carranza, proceeding with counsel, initiated this civil action on May 1, 2023, seeking review of a final decision of defendant Commissioner of Social Security. (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) be denied because the monthly income and expenses reflected in plaintiff's affidavit does not support a finding that plaintiff is unable to pay the required filing fee. (Doc. No. 3.)  However, the magistrate judge did find that "a one-time $402 payment may represent a significant strain on plaintiff's budget" and therefore recommends that plaintiff be required to pay the filing fee in four monthly installments, with a first installment of $102 and three installments of $100 thereafter.

1

1  (*Id.* at 2.)  The pending findings and recommendations were served on plaintiff through her
2  counsel of record.
3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
5  findings and recommendations are supported by the record and by proper analysis.
6        Accordingly,
7      1.    The findings and recommendations issued on May 5, 2023 (Doc. No. 3) are
8          adopted in full;
9      2.    Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied; and
10     3.    Plaintiff shall pay the required $402 filing fee to proceed with this action in four
11         installments as follows:
12         a.    Plaintiff shall pay the first installment of $102 by July 7, 2023;
13         b.    Plaintiff shall pay the second installment of $100 by August 7, 2023;
14         c.    Plaintiff shall pay the third installment of $100 by September 7, 2023; and
15         d.    Plaintiff shall pay the fourth and final installment of $100 by October 6,
16             2023;
17     4.    The assigned magistrate judge may direct the Clerk of the Court to issue a
18         summons in this action after the first installment is received by the court; and
19     5.    This case is referred back to the assigned magistrate judge for further proceedings.
20       IT IS SO ORDERED.
21 Dated:   **June 15, 2023**
22                            UNITED STATES DISTRICT JUDGE